IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONA SOUTHARDS-NARANJO, et al., | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | A-25-CV-990-RP |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, et al., | § | |
| Defendants. | § | |

## ORDER

Defendants answered this action on September 4, 2025. Dkt. 31. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **November 21, 2025**.

SIGNED on November 7, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE