## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| TONA SOUTHARDS-NARANJO, | § | |
| individually and as representative of the | § | |
| Estate of Jon Southards, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | A-25-CV-990-RP |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, et al., | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Before the court are Defendants' Motion to Sever and Transfer Venue (Dkt. 33), Defendants' Motion for Protective Order Limiting Discovery (Dkt. 44), and all related briefing.[1] The court **SETS** these motions for hearing at **10:00 a.m. on July 21, 2026**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court further **ORDERS** the parties to meet and confer in an attempt to resolve these motions without court intervention.[2] The parties shall file a joint notice no later than July 17, 2026, at 12:00 p.m. local time, identifying what issues have been resolved and any remaining outstanding issues.

SIGNED June 16, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] These motions were referred by United States District Judge Robert Pitman to the undersigned for resolution or report and recommendation pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Orders dated April 24 and May 7, 2026.

[2] The meet and confer must take place over telephone, videoconference, or in person. It may not occur through e-mail communication.