UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONA SOUTHARDS-NARANJO, individually and as representative of the Estate of Jon Southards; | § § § § | |
| ELIZABETH BANDA SALAZAR, individually and as representative of the Estate of Elizabeth Hagerty; | § § § § | |
| CLARA VIRGINIA SKINNER, SHELBY SKINNER, JAXON RAY, and CADEN CROOKS, individually and as representatives of the Estate of John Skinner; | § § § § § | CIVIL ACTION NO. 1:25-cv-990-RP |
| LAURA PEREZ, individually and as personal representative of the Estate of John Manuel Castillo, Jr.; | § § § § | |
| *Plaintiffs*, v. | § § § § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, UNIVERSITY OF TEXAS MEDICAL BRANCH, TEXAS BOARD OF CRIMINAL JUSTICE, BRYAN COLLIER, LANETTE LINTHICUM, MICHAEL BRITT, AUDREY ENGLAND, DONALD MUNIZ, DANIEL DICKERSON, JERRY SANCHEZ, OWEN MURRAY, AUSTINE AIGBOKHAN, MAHAGHONY WALKER, and GENE MILLER, | § § § § § § § § § § § § § | JURY DEMANDED |
| *Defendants*. | § § | |

**JOINT STATUS REPORT ON MOTION TO SEVER AND TRANSFER VENUE, MOTION FOR PROTECTIVE ORDER, AND MOTION TO COMPEL**

Pursuant to the Court's orders, the parties respectfully submit the below status report. Doc.

48; Text Only Order (July 16, 2026).

1

## I.    PROCEDURAL HISTORY

This § 1983 case arises from the deaths of four inmates, which Plaintiffs allege occurred due to the heat inside their Texas state prison cells in 2023. Doc. 28. Plaintiffs are those inmates' alleged survivors.

On November 12, 2025, Defendants moved to sever and transfer venue. Doc. 33. Plaintiffs responded in opposition on December 3, 2025. *See* Doc. 37-2.

On December 17, 2025, the Court entered an agreed scheduling order with trial set for March 1, 2027. Doc. 41.

On May 6, 2026, Defendants moved for a protective order limiting discovery. Doc. 44. Plaintiffs responded in opposition on May 20, 2026. Doc. 46-2.

On July 15, 2026, Plaintiffs moved to compel some of the requests for production sought to be limited in Defendants' motion for protective order. Doc. 51.

The Court is set to hear all three motions on July 24, 2026. Doc. 48; Text Only Order (July 16, 2026). The Court ordered the parties to meet and confer and submit a joint notice no later than July 21, 2026 at 5:00 pm CST identifying what issues have been resolved and any remaining outstanding issues.

## II.    STATUS REPORT

The parties have continued to confer since the hearing was originally set.

Regarding Defendants' motions, the parties discussed frameworks to proceed conditionally depending on the Court's ruling, but determined that the parties' respective positions were too different to leave room for agreements. Defendants still seek the relief identified in their motions, Doc. 33 & Doc. 44, and Plaintiffs still oppose the relief as stated in their responses. Doc. 37-2 & Doc. 46-2.

2

Concerning Plaintiffs' motion, Doc. 51, although Defendants have not withdrawn their objections to the applicable requests, they have agreed to produce the videos from the Office of Inspector General files for the four decedents on or before July 23, 2026, which should satisfy at least requests 31 and 137 to TDCJ—which are two of the four requests for which Plaintiffs had asked for expedited relief—and may satisfy other requests for videos, depending upon whether Defendants will contend their production is complete. Defendants' counsel have produced some documents related to heat-related injuries from the period 2021 to 2023 for the four prisons at issue, and contend that they will produce additional documents in that category upon receipt from UTMB and TDCJ.

At this time, all issues remain before the Court, although the video requests in Doc. 51 may be resolved before the hearing.

Dated: July 20, 2026.

Respectfully submitted,


**EDWARDS LAW**
603 W 17th St.
Austin, Texas 78701
Tel.  512-623-7727
Fax.  512-623-7729

By____/s/ Jeff Edwards_____
      JEFF EDWARDS
      State Bar No. 24014406
      jeff@edwards-law.com
      MIKE SINGLEY
      State Bar No. 00794642
      mike@edwards-law.com
      DAVID JAMES
      State Bar No. 24092572
      david@edwards-law.com
      LISA SNEAD
      State Bar No. 240622.04
      lisa@edwards-law.com


**ATTORNEYS FOR ALL PLAINTIFFS**


**WEBB, CASON & MANNING**
710 Mesquite St.
Corpus Christi, Texas 78401
(361) 887-1031

      Matthew Manning
      State Bar No. 24075847
      Matt@wcctxlaw.com
      Parker Webb
      State Bar No. 24085648
      Parker@wcctxlaw.com


**ATTORNEYS FOR PLAINTIFF SALAZAR ONLY**


/s/ Michael J. Calb [by permission]_____
MICHAEL J. CALB
Assistant Attorney General


4

Attorney-In-Charge
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic case filing system.

/s/ Jeff Edwards
Jeff Edwards

## CERTIFICATE OF CONFERENCE

By my signature below, I certify that I conferred with counsel for all Defendants, and he agreed to the placement of his conformed signature above.

/s/ David James
David James

5