IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONA SOUTHARDS-NARANJO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:25-CV-990-RP |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendants' Motion to Sever and Transfer Venue, (Dkt. 33) (R. & R., Dkt. 59). Defendants timely filed objections to the report and recommendation. (Objs., Dkt. 62).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendants' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 59), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Sever and Transfer Venue, (Dkt. 33), is **DENIED**.

**SIGNED** on September 28, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE